USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RADIO MUSIC LICENSE COMMITTEE, INC.,<br><br>                      Petitioner,<br><br>v.<br><br>BROADCAST MUSIC, INC.,<br><br>                      Respondent. | 1:18-cv-04420 (LLS)<br><br>*Related to United States v. Broadcast Music, Inc.*, 64 Civ. 3787 (LLS)<br><br>*Related to Broadcast Music, Inc. v. Radio Music License Committee, Inc.*, 17 Civ. 4 (LLS) |

## SEALING ORDER

Exhibits A, B, and C attached to the Order dated March 23, 2020 will be filed under seal for a period not exceeding 30 days to allow for the orderly implementation of the Parties' Agreement.

Dated: March 23, 2020
       New York, New York

*Louis L. Stanton*

LOUIS L. STANTON
United States District Judge